**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 19, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00519-CV

---

**LAURI DIANE DEBRIE THANHEISER BY AND THROUGH HER GUARDIAN AD LITEM, KATHLEEN VOSSLER, OR IN THE ALTERNATIVE BY AND THROUGH HER NEXT FRIEND, GAYLE GILL, Appellant**

**V.**

**FORD C. THANHEISER, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-44753**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed February 22, 2012. On July 3, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges, and Justices Seymore and Brown.